Fill in this information to identify your case:

Debtor 1: Heather Michelle Crawford Brien
         First Name / Middle Name / Last Name

Debtor:
         First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Michigan

Case number (if known): 24-01758

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Single family home 4610 W. Willow Hwy  4610 W. Willow Hwy Lansing, MI 48917 | $199,200.00 | ☑ $15,357.33  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Line from *Schedule A/B*: 1.1 | | | |

3. Are you claiming a homestead exemption of more than $189,050?
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of 4

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Furniture, decor items, dishes, utensils, appliances, cookware, linens, bedding, small tools, lawnmower, weed whip, leaf blower, snow blower, tv,<br>Line from Schedule A/B: 6 | $3,200.00 | ☑ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Additional TVs, Record Player, Sound Bars, DVD Players (3), Fire Cubes (2), Roku, Fire Stick, Laptop, Cell Phones<br>Line from Schedule A/B: 7 | $1,305.00 | ☑ $652.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Books, records, cds, comics, figurines, DVDs<br>Line from Schedule A/B: 8 | $900.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Bikes, Canon Rebel camera, Camping equipment<br>Line from Schedule A/B: 9 | $450.00 | ☑ $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Renaissance<br>Line from Schedule A/B: 9 | $400.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1  Heather   Michelle Crawford  Brien                            Case number (if known) 24-01758

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Women's clothing, shoes and accessories<br>Line from Schedule A/B: 11 | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Costume Jewelry<br>Line from Schedule A/B: 12 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: Wedding ring, emerald necklace, earrrings<br>Line from Schedule A/B: 12 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: 1 dog and 7 cats<br>Line from Schedule A/B: 13 | $1.00 | ☑ $0.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Cash<br>Line from Schedule A/B: 16 | $20.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Huntington Savings Checking account<br>Line from Schedule A/B: 17 | $23.89 | ☑ $11.94<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Huntington Checking account<br>Line from Schedule A/B: 17 | $3,052.86 | ☑ $1,526.43<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: CASE Credit Union Savings account<br>Line from Schedule A/B: 17 | $20.54 | ☑ $10.27<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: CASE Credit Union Checking account<br>Line from Schedule A/B: 17 | $65.63 | ☑ $32.82<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1   Heather   Michelle Crawford Brien                          Case number *(if known)* 24-01758

page __4__ of __4__

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Huntington Checking account**  Line from *Schedule A/B*: __17__ | $45.79 | ☑ $22.90  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Huntington Savings account**  Line from *Schedule A/B*: __17__ | $67.27 | ☑ $33.64  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Huntington Checking account**  Line from *Schedule A/B*: __17__ | $43.54 | ☑ $21.77  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Auto Owners Roth**  Line from *Schedule A/B*: __21__ | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor | | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Dawn | Michelle Crawford | Brien |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western__ District of __Michigan__

Case number (if known): 24-01758

☑ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Furniture, decor items, dishes, utensils, appliances, cookware, linens, bedding, small tools, lawnmower, weed whip, leaf blower, snow blower, tv, | $3,200.00 | ☑ $1,600.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Line from *Schedule A/B*: 6 | | | |

3. Are you claiming a homestead exemption of more than $189,050?
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 3

| Debtor 2 | Dawn | Michelle Crawford | Brien | Case number *(if known)* 24-01758 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Additional TVs, Record Player, Sound Bars, DVD Players (3), Fire Cubes (2), Roku, Fire Stick, Laptop, Cell Phones | $1,305.00 | ☑ $652.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B:* 7 | | | |
| **Brief description:** Books, records, cds, comics, figurines, DVDs | $900.00 | ☑ $450.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B:* 8 | | | |
| **Brief description:** Bikes, Canon Rebel camera, Camping equipment | $450.00 | ☑ $225.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B:* 9 | | | |
| **Brief description:** Renaissance | $400.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B:* 9 | | | |
| **Brief description:** Women's clothing, shoes and accessories | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Line from *Schedule A/B:* 11 | | | |
| **Brief description:** Costume Jewelry | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Line from *Schedule A/B:* 12 | | | |
| **Brief description:** Wedding ring | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Line from *Schedule A/B:* 12 | | | |

Debtor 2  **Dawn**      **Michelle Crawford**     **Brien**              Case number *(if known)* __24-01758__
        First Name      Middle Name      Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 dog and 7 cats** <br> Line from Schedule A/B: __13__ | $1.00 | ☑ $0.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Cash** <br> Line from Schedule A/B: __16__ | $20.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Huntington Savings** **Checking account** <br> Line from Schedule A/B: __17__ | $23.89 | ☑ $11.94 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Huntington** **Checking account** <br> Line from Schedule A/B: __17__ | $3,052.86 | ☑ $1,526.43 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **CASE Credit Union** **Savings account** <br> Line from Schedule A/B: __17__ | $20.54 | ☑ $10.27 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **CASE Credit Union** **Checking account** <br> Line from Schedule A/B: __17__ | $65.63 | ☑ $32.82 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Huntington** **Checking account** <br> Line from Schedule A/B: __17__ | $45.79 | ☑ $22.90 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Heather | Michelle Crawford | Brien |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dawn | Michelle Crawford | Brien |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western__ District of __Michigan__

Case number (if known) __24-01758__

☒ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** FIGURE LENDING/FIGURE<br>Creditor's Name<br>650 CALIFORNIA ST FL 270<br>Number  Street<br><br>SAN FRANCISCO, CA 94108<br>City  State  ZIP Code<br><br>Who owes the debt? Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred  11/7/2022  Last 4 digits of account number  8 2 4 1 | Describe the property that secures the claim:<br><br>Single family home<br>4610 W. Willow Hwy 4610 W. Willow Hwy Lansing, MI 48917<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)  HomeEquity | $19,817.91 | $199,200.00 | $0.00 |

Add the dollar value of your entries in Column A on this page. Write that number here:    $19,817.91

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 3

Debtor 1   Heather   Michelle Crawford   Brien  
Debtor 2   Dawn   Michelle Crawford   Brien  
    First Name   Middle Name   Last Name

Case number (if known) 24-01758

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.2 GM FINANCIAL**  
Creditor's Name  
PO BOX 181145  
Number    Street  

ARLINGTON, TX 76096  
City    State    ZIP Code  

Describe the property that secures the claim:  
2022 Chevrolet Colorado

Amount of claim: **$33,976.60**  
Value of collateral: $32,423.00  
Unsecured: $1,553.60

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   AutoLoan

Date debt was incurred   4/24/2024  
Last 4 digits of account number   0 9 5 3

**2.3 GMFINANCIAL**  
Creditor's Name  
PO BOX 181145  
Number    Street  

Arlington, TX 76096-1145  
City    State    ZIP Code  

Describe the property that secures the claim:  
2023 Chevrolet Trailblazer

Amount of claim: **$25,414.46**  
Value of collateral: $25,020.00  
Unsecured: $394.46

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Date debt was incurred   _____  
Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   **$59,391.06**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| Debtor 1 | Heather | Michelle Crawford | Brien | Case number *(if known)* 24-01758 |
|---|---|---|---|---|
| Debtor 2 | Dawn | Michelle Crawford | Brien | |
| | First Name | Middle Name | Last Name | |

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | | |

**2.4** MICHIGAN MUTUAL/DOVENM
Creditor's Name
1 CORPORATE DR STE 360
Number    Street

LAKE ZURICH, IL 60047
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  9/22/2020

Describe the property that secures the claim:
Single family home
4610 W. Willow Hwy 4610 W. Willow Hwy Lansing, MI 48917

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Last 4 digits of account number  6 7 4 0

$164,024.76    $199,200.00    $0.00

**2.5** MSU FEDERAL CREDIT UNI
Creditor's Name
3777 WEST RD
Number    Street

EAST LANSING, MI 48823
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  12/15/2022

Describe the property that secures the claim:
2021 Forest River Cherokee Wolf

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  RecreationalMerchandise

Last 4 digits of account number  0 2 0 0

$21,378.74    $14,000.00    $7,378.74

Add the dollar value of your entries in Column A on this page. Write that number here: **$185,403.50**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$264,612.47**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Heather** | **Michelle Crawford** | **Brien** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dawn** | **Michelle Crawford** | **Brien** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Michigan**

Case number: **24-01758**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Heather Michelle Crawford Brien**
Heather Michelle Crawford Brien, Debtor 1

X **/s/ Dawn Michelle Crawford Brien**
Dawn Michelle Crawford Brien, Debtor 2

Date **07/15/2024**
MM/ DD/ YYYY

Date **07/15/2024**
MM/ DD/ YYYY