**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE:  HEATHER M BRIEN<br>DAWN M BRIEN<br>4610 W WILLOW HWY<br>LANSING, MI 48917 | CASE NO: GL-24-01758<br>Chapter 13<br>HON. JOHN T GREGG<br>Filed: July 01, 2024<br><br>Confirmed:   December 12, 2024 |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Kurt A. Steinke, Chapter 13 Trustee ("Trustee") and files his Motion to Dismiss for the following reasons:

FAILURE TO TURN OVER THE 2024 FEDERAL, STATE AND CITY INCOME TAX RETURNS AND REFUNDS WHICH PURSUANT TO 11 USC 1307(c)(6) IS A MATERIAL DEFAULT WITH RESPECT TO A TERM OF THE CONFIRMED PLAN. A PARTIAL REFUND APPEARS TO HAVE POSTED WITH THE TRUSTEE IN JUNE BUT ABSENT THE INCOME TAX RETURNS THE TRUSTEE IS UNABLE TO VERIFY IF ANYTHING FURTHER SHOULD BE TURNED OVER TO THE PLAN.

WHEREFORE, your Trustee respectfully prays:

A.  That this Court enter an Order dismissing the Debtors' Chapter 13 Case.

B.  That this Court grant such other relief as it finds just and equitable.

C.  Upon dismissal of the Chapter 13 case, the Trustee has cause pursuant to 11 U.S. C. § 349(b) and may retain any funds on hand for such time as is necessary to accommodate the dishonor or recall period appropriate to the method of payment received.

| | |
|---|---|
| August 06, 2025 | /s/ Kurt A. Steinke<br>Kurt A. Steinke (P44538)<br>CHAPTER 13 TRUSTEE<br>P. O. Box 51109<br>Kalamazoo, MI 49005<br>(269)343-0305 |

This document has been electronically filed with the Court and the Attorney for Debtors and mailed to the Debtors.

Attorney for Debtors:

SAVAGE LAW PLC
1483 HASLETT RD
HASLETT, MI 48840

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

HEATHER M BRIEN
DAWN M BRIEN
4610 W WILLOW HWY
LANSING, MI 48917

CASE NO: GL-24-01758
Chapter 13
HON. JOHN T GREGG
Filed: July 01, 2024

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee has filed a Motion to Dismiss in the above captioned proceeding. A copy of said Motion is attached to this Notice.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Debtors may file a written objection to the Trustee's Motion to Dismiss with:

Clerk of the Bankruptcy Court
One Division Avenue N
Room 200
Grand Rapids, MI 49503

AND

Kurt A. Steinke
Chapter 13 Trustee
P. O. Box 51109
Kalamazoo, MI 49005
(269)343-0305

In compliance with Local Bankruptcy Rule 9013(d) and Federal Rules of Bankruptcy Procedure 9013 and 9014, said written objection shall be filed within thirty (30) days from the date of service of the Trustee's Motion. If an objection is filed, a hearing will be held on November 18, 2025 at 9:00 am at the Bankruptcy Court, 315 W. Allegan, Room 101, U.S. Post Office & Courthouse, Lansing, Michigan. If a proper objection is not timely filed the Trustee may file with the Court an Affidavit of No Response together with a proposed Order to Dismiss. The Court shall enter the Order without a hearing upon receipt of the Affidavit.

Served by: HSL      on: 08/06/2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:   HEATHER M BRIEN<br>DAWN M BRIEN | CASE NO: GL-24-01758<br>Chapter 13<br>HON. JOHN T GREGG<br>Filed: July 01, 2024 |

## PROOF OF SERVICE

On the date below, I mailed a copy of the TRUSTEE'S MOTION TO DISMISS by regular first class mail to Debtors and electronic service on Debtors' Attorney.

HEATHER M BRIEN
DAWN M BRIEN
4610 W WILLOW HWY
LANSING, MI  48917

SAVAGE LAW PLC
1483 HASLETT RD
HASLETT, MI  48840

I declare that the above statements are true to the best of my information, knowledge, and belief.

Dated:   August 06, 2025

/s/  Heidi Laser
Assistant to Kurt A. Steinke
Chapter 13 Trustee
P. O. BOX 51109
KALAMAZOO, MI  49005
(269)343-0305